

**PO BOX 195337, SAN JUAN, PR 00919-5337**
Tel. (787) 302 0017 E-mail: solicitudes@centuriontitlepr.com

# ESTUDIO DE TÍTULO

**CASO: BATISTA LAW GROUP PSC**

**RE: EDWIN VÁZQUEZ MEJÍAS**

**FINCA:** Número 1470, inscrita al folio 36 del tomo 41 de Monacillos, Registro de la Propiedad de Puerto Rico, Sección III de San Juan.

**DESCRIPCIÓN: URBANA:** Solar radicado en la **Urbanización Las Lomas** situada en el **Barrio Gobernador Piñero** (antes) Monacillos de Río Piedras, que se describe en el plano con el **número catorce** de la **Manzana AA**, con un área de trescientos sesenta y seis metros cuadrados con sesenta centésimas de metro cuadrado. En lindes por el **NORTE**, con el solar número trece, distancia de treinta metros; por el **SUR**, con el solar número quince, distancia de treinta metros; por el **ESTE**, con un canal de desagüe, distancia de doce metros con veintidós centímetros y por el **OESTE**, que es su frente, con la calle número dieciocho, distancia de doce metros con veintidós centímetros. Enclava, o está en proceso de construcción, una casa de hormigón, que contiene sala-comedor, cocina, baño, tres habitaciones y balcón.

**TRACTO REGISTRAL:** Se segrega de la finca número 556, inscrita al folio 185 del tomo 15 de Monacillos.

**DOMINIO:** Consta inscrito a favor de **Rosario Vázquez García**, soltera, quien adquiere, por título de compraventa de Joaquín Hiraldo Molina y su esposa Francisca García, por el precio de $6,200.00, mediante escritura número 433, otorgada en San Juan, el 1 de marzo del año 1956, ante José M. Calderón Cerecedo e inscrito al folio 37 vuelto del tomo 41 de Monacillos, finca número 1470, inscripción 2ª.

**CARGAS Y GRAVÁMENES:**

**Por su Procedencia:** Afecta a Servidumbre a favor de la Autoridad de las Fuentes Fluviales de Puerto Rico; Servidumbre a favor de la Autoridad de Acueductos y Alcantarillados de Puerto Rico; Gobierno de la Capital y Condiciones Restrictivas.

**Por sí:**

**HIPOTECA:** Por la suma principal de $24,000.00, en garantía de un pagaré a favor de FIRST FEDERAL SAVINGS AND LOAN ASOCIATION OF PUERTO RICO, o a su orden, con intereses al 9 ¼ % anual y vencimiento el 1 de junio del año 2007, constituida mediante escritura número 548, otorgada en San Juan, el 27 de mayo del año 1977, ante Mariano Acevedo Defillo e inscrito al folio 42 del tomo 41 de Monacillos, finca número 1470, inscripción 7ª.

**HIPOTECA:** Por la suma principal de $19,000.00, en garantía de un pagaré a favor de FIRST FEDERAL SAVINGS AND LOAN ASOCIATION OF PUERTO RICO, o a su orden, con intereses al 9 ¾ % anual y vencimiento el 1 de abril del año 2007, constituida mediante escritura número 1, otorgada en San Juan, el 3 de enero del año 1978, ante Manuel Ledesma Dávila e inscrito al folio 99 del tomo 739 de Monacillos, finca número 1470, inscripción 8ª. Comparece el titular con su esposa Matilde G. Mejías Santos.

**OBSERVACIÓN:**

**EMBARGO FEDERAL:** En el Libro de Embargos Federales número 236894316, asiento 2016-010363-FED, se encuentra anotado el día 7 de diciembre del año 2016, embargo contra Ángel R. Acevedo y Rosario M. Vázquez, seguro social XXX-XX-3877, por la suma de $4,180.90. **No podemos precisar si el titular y el embargado es la misma persona**.

Este documento no constituye una Póliza de seguro título. La responsabilidad de ésta entidad se limita a la cantidad pagada por el estudio de título. Para completa protección debe obtener una póliza de seguro de título. No nos hacemos responsables por omisiones que cometa el Registro de la Propiedad en la entrada de datos ni en la omisión de información del sistema computarizado.



**Página 2**
**Finca 1470 Monacillos**

**REVISADO:** Embargos por Contribuciones, Embargos Federales, Sentencias y Bitácora en el Sistema Karibe. En esta Sección se ha establecido un sistema computadorizado de operaciones. Esta Corporación no se hace responsable por errores u omisiones en la entrada de datos al Sistema.

San Juan, Puerto Rico, a 3 de octubre de 2022.

Carlos R. Delgado Arroyo
Supervisor
Ntt cdk

Este documento no constituye una Póliza de seguro título. La responsabilidad de ésta entidad se limita a la cantidad pagada por el estudio de título. Para completa protección debe obtener una póliza de seguro de título. No nos hacemos responsables por omisiones que cometa el Registro de la Propiedad en la entrada de datos ni en la omisión de información de sistema computarizado.