IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE: | CASE NO. 19-04434-ESL7 |
| WANDA EVELYN VAZQUEZ MEJIAS | Chapter 7 |
| Debtor(s) | |
| NOREEN WISCOVITCH RENTAS | ADVERSARY NUMBER: 22-00031-ESL |
| Plaintiff(s) | |
| Edwin Francisco Vazquez Mejias | |
| Defendant(s) | |

FILED & ENTERED ON JUN/23/2023

JUDGMENT

Upon this Court's Order entered on June 23, 2023, dismissing the bankruptcy case, (docket entry #39), it is now

ADJUDGED AND DECREED that Judgment be and is hereby entered dismissing the instant adversary proceeding without imposition of costs, and without prejudice to any action the trustee may deem appropriate before the State Court.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 23 day of June, 2023.

Enrique S. Lamoutte
United States Bankruptcy Judge